# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1577
_____

KIM A. DELANO,

   Appellant,

   v.

YRC FREIGHT AND SEDGWICK
CLAIMS MANAGEMENT SERVICES,

   Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Keef F. Owens, Judge.

Date of Accident: November 11, 2009.

August 31, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mark L. Zientz of the Law Offices of Mark L. Zientz, P.A., Miami, for Appellant.

William H. Rogner and Scott B. Miller of Hurley Rogner Miller Cox and Waranch, P.A., Winter Park, for Appellee.